Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JOSE YEPEZ

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE YEPEZ,<br><br>                Plaintiff,<br>v.<br><br>ROYAL OAK FINANCIAL SERVICES, INC., D/B/A CRB, an Ohio corporation; RONALD J. BURNARD, individually and in his official capacity; and PAUL SNYDER, individually and in his official capacity,<br><br>                Defendants. | Case No. C09-04461-SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)<br><br>[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, /s/ Judge Samuel Conti] |

      COMES NOW the Plaintiff, JOSE YEPEZ, by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JOSE YEPEZ, hereby dismisses, with prejudice, all claims made by him against Defendants, ROYAL OAK FINANCIAL SERVICES, INC., RONALD J. BURNARD and PAUL SNYDER, in his Complaint filed herein on September 22, 2009. Plaintiff further notifies the Court that his dispute with Defendants has been settled.

Dated: <u>January 6, 2010</u>                                                      /s/ Fred W. Schwinn
                                                                                                                          Fred W. Schwinn, Esq.
                                                                                                                          Attorney for Plaintiff
                                                                                                                          JOSE YEPEZ